FILED

MAR 30 2007

U.S. BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| In re | ) Chapter 11 |
| SOUTHWEST SEAFOOD SHOPPES, LLC, | ) No. 4-05-07565-EWH |
| Debtor. | ) **MEMORANDUM DECISION** |

Pending before the court is the Debtor's objection to the claim of the R. R. and A.Y. Long Family Trust ("Long"). The parties have entered into a settlement agreement which permits the Debtor to assume its real property lease ("Lease") with Long, but cannot agree on the amount of Long's claim. The Debtor agrees that $46,689.35 of the claim should be allowed, but objects to the approximately $51,000 balance of Long's "updated" claim.

Because the Debtor is assuming the Lease, the Debtor is bound by the Lease terms. In re McDaniel, 89 B. R. 861, 863 (Bankr. E. D. Wash. 1988) ("The contract terms can not be modified against the will of a contracting party. Assumption requires assuming the burdens of the contract along with the benefits"). The Lease provides for the payment of interest on past due amounts and for assessment of late fees. The Debtor's objection to payment of postpetition interest is, therefore, overruled. The Debtor has also provided insufficient evidence that a May 21, 2003 check for $3,480.00 fully paid all sales taxes and late fees. Long's calculation of its claim credits the Debtor for the May 21, 2003 check.

Long is entitled, therefore, to include any remaining sales taxes and late fees that were not timely paid by the Debtor.

The Debtor's objection to the fees incurred by Long's attorney is non-specific. There is no itemization of what fees were allegedly excessive because of Long's counsel purported inexperience. Accordingly, the Debtor's objection to Long's counsel's fees cannot be sustained.

The Debtor also objected to Long's accountant's fees. There is merit in that objection because the accountant appears to have been providing something more than accounting services. Long is entitled under Section 12.01 of the Lease to reasonable attorneys' fees and "costs," but to the extent that the accountant provided the equivalent of legal services at a time when Long had engaged counsel, the accountant's fees cannot be allowed as a cost, and they cannot be allowed as additional attorneys' fees because such duplicative fees are not reasonable. The Court has reviewed the accountant's bills and finds that $6,609.88 could reasonably be charged as accounting related costs. The balance of $6,872.05 claimed as accounting fees are disallowed.

Long also seeks an additional $2,816.77 in legal fees and costs and another $647.50 in accounting fees in conjunction with the claim dispute. There is no basis provided for the additional accounting fees, and they will not be allowed. The court has also reviewed the detailed billing records of Long's attorney and finds that $1,684.49 is a reasonable amount of additional fees and costs for the work involved in filing pleadings related to this claim dispute.

A separate order will be entered this date allowing Long's claim in the total amount of $87,158.33 which represents a $8,651.83 reduction in the amount requested.

Dated this 30th day of March, 2007.

*/s/ Eileen W. Hollowell*
Eileen W. Hollowell
U.S. Bankruptcy Judge

Copy of the foregoing mailed
this 30th day of March, 2007, to:

Eric Slocum Sparks
Law Offices of Eric Slocum Sparks
110 South Church Avenue #2270
Tucson, AZ 85701

Christopher J. Pattock
Office of the U.S. Trustee
230 North First Ave. #204
Phoenix, AZ 85003-1706

Sean P. O'Brien
Gust Rosenfeld P.L.C.
201 East Washington #800
Phoenix, AZ 85004-2327

Philip G. Mitchell
Jennings, Haug & Cunningham, LLP
2800 North Central Ave., Suite 1800
Phoenix, AZ 85004-1049

Brice, Vander Linden & Wernick, P.C.
9441 LBJ Freeway, Suite 350
Dallas, TX 75243

Rutheanne Miller
Pima County Attorney
Civil Division
32 North Stone Ave., Suite 2100
Tucson, AZ 85701

Walter F. Wood
Walter F. Wood, Ltd.
110 South Church Ave. #4398
Tucson, AZ 85701

Michael Moore
The Moore Law Firm
4578 East Camp Lowell Drive
Tucson AZ 85712

Denise Ann Faulk
Assistant Attorney General
Office of the Arizona Attorney General
1275 West Washington St.
Phoenix, AZ 85007

3

| | |
|---|---|
| Frederick J. Petersen<br>Mesch, Clark & Rothschild, P.C.<br>259 North Meyer Ave.<br>Tucson, AZ 85701 | Kasey C. Nye<br>Quarles & Brady Streich Lang LLP<br>One South Church Ave., Suite 1700<br>Tucson, AZ 85701-1621 |
| Sean E. Brearcliffe<br>Rusing & Lopez, P.L.L.C.<br>6262 North Swan Rd., Suite 200<br>Tucson, AZ 85718 | Gregory E. Good<br>Good & Associates P.C.<br>Bank of America Plaza<br>33 North Stone Ave., Suite 2040<br>Tucson, AZ 85701 |

By_____
       Judicial Assistant